```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :
ADAM FRANCHI,                                      :
                                                   :
                          Plaintiff,               :
                                                   :           21-CV-5161 (JPC)
            -v-                                    :
                                                   :               ORDER
FRANK'S INTERNATIONAL N.V., et al,                 :
                                                   :
                          Defendants.              :
                                                   :
----------------------------------------------------------------------- :
                                                   X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed the Complaint on June 10, 2021. Dkt. 1. Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

      Plaintiff is ordered to file a status letter by November 10, 2021, describing (1) whether service of the summons and Complaint has been made on Defendants, and (2) if service has not been effected on Defendants, whether Plaintiff requests an extension of time to serve Defendants. If Plaintiff requests an extension of time to effect service, he shall include in his letter an explanation of why there is good cause to excuse his failure to serve Defendants within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the

court must extend the time for service for an appropriate period."). If service of the summons and Complaint has been made on Defendants, Plaintiff must file proof of service on the docket no later than November 10, 2021.

    SO ORDERED.

Dated: November 3, 2021
       New York, New York

                              JOHN P. CRONAN
                            United States District Judge